

ANTOINETTE PROVENZANO and Another, Plaintiffs, v. REBECCA NADELSTEIN, Respondent, and THE ÆTNA CASUALTY AND SURETY COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. · Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES CENETEMPO, True Name CHARLES CENATEMPO, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN M. CONNELLY, as Trustee, Respondent, v. WILLIAM J. WEISE, as Assessor of the City of White Plains, New York, and GLENN N. CURNOW and Others, as Members of and Constituting the Board of Review of the City of White Plains, New York, Appellants. (1938 Assessment for 1939 Tax.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN M. CONNELLY, as Trustee, Respondent, v. WILLIAM J. WEISE, as Assessor of the City of White Plains, New York, and GLENN N. CURNOW and Others, as Members of and Constituting the Board of Review of the City of White Plains, New York, Appellants. (1939 Assessment for 1940 Tax.) Motion for reargument and for other relief denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAROLD J. STEPSKI, Respondent, v. HOWARD HARFORD, as Sheriff of Orange County, Appellant. THE PEOPLE OF THE STATE OF NEW YORK by HENRY HIRSCHBERG, as District Attorney of Orange County, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

HARRY SALTZMAN, Appellant, v. HENRY NEUMAN and SALLY NEUMAN, Respondents.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

JOSEPH ROSENFELD and Others, Appellants, v. WILLIAM OLECK, Doing Business as INDEPENDENT DIRECTORY Co., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

· DOWDELL D. THOMAS, as Administrator, etc., of MARIE A. THOMAS, Deceased, Respondent, v. BRIDGET THERESA MORRIS, Also Known as THERESA·BRIDGET MORRIS, and Dr. ARTHUR DAVIS, Commissioner of Health, Suffolk County, Appellants.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 970.] The following question is certified: Was the order denying plaintiff's application for a subpoena duces tecum properly made? Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

YONKERS LODGE No. 707 OF THE BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA, Respondent, v. JOHN J. CONDON and Others, as Members of and Constituting the Common Council of the City of Yonkers, New York, and WILLIAM SCHUBERT, as Comptroller of Said City of Yonkers, Appellants, and THE BOARD OF EDUCATION OF THE CITY OF YONKERS, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

FRANCES M. ZABRISKIE, Respondent, v. DI MARCO & CICCONE, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.